# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
MCALLEN DIVISION

United States District Court
Southern District of Texas
FILED
AUG 30 2018
David J. Bradley, Clerk

UNITED STATES OF AMERICA
V.

**CRIMINAL COMPLAINT**

Lucila Amador-Hernandez   *Principal*
YOB: 1985   Mexico

Case Number:
M-18-1813-M

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **August 29, 2018** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did, *(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact that Marycruz Trejo-Chavez and Luis Enrique Cedillo-Valdez, citizens of Mexico, along with seven (7) other undocumented aliens, for a total of nine (9), who had entered the United States in violation of law, concealed, harbored or shielded from detection or attempted to conceal, harbor, or shield from detection such aliens in any place, including any building or means of transportation, to-wit: a residence located in Alamo, Texas,**

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(iii)  FELONY**
I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

On August 21, 2018, Border Patrol Agents received information regarding a suspected stash house used to harbor undocumented aliens located at 438 Cherokee Lane in Alamo, Texas.

Agents conducted surveillance periodically on the suspected stash house on August 27, 2018 and August 28, 2018. On August 29, 2018, agents along with local law enforcement officers proceeded to the house and knocked on the door. A female, later identified as Lucila Amador-Hernandez, opened the door and exited the house. Amador was questioned regarding her suspected involvement in human smuggling, to which Amador freely admitted to having approximately six illegal aliens inside the residence. An immigration inspection was conducted and Amador was determined to be illegally present in the United States.

**SEE ATTACHMENT**

Continued on the attached sheet and made a part of this complaint:  [X] Yes  [ ] No

Approved _Laura Garcia_

Signature of Complainant

Salvador Mendez   Senior Patrol Agent
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

August 30, 2018
Date

at McAllen, Texas
City and State

Peter E. Ormsby   , U. S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

### ATTACHMENT TO CRIMINAL COMPLAINT:

M-18-*1813*-M

RE:   Lucila Amador-Hernandez

**CONTINUATION:**

At this time, the agent read Amador her Miranda Rights and she agreed to provide a statement. Amador informed the agents she was currently renting the house and provided agents with written consent to enter. Before agents entered the house, four subjects exited on their own accord. All four subjects were determined to be illegally present in the United States. Once inside, agents discovered an additional five subjects. An immigration inspection was conducted on all five subjects and they did not have the proper documentation to be present in the United States.

All subjects were transported to the McAllen Border Patrol Station to be processed accordingly.

**PRINCIPAL STATEMENT:**
Lucila Amador-Hernandez was read her Miranda Rights. She understood and agreed to provide a sworn statement.

Amador, a citizen of Mexico, stated she was transported to the house where she was arrested. The following day, a young light complected girl with a tattoo took them food. According to Amador, when the young girl would not take them food, she would ask others in the home if they had money for food. The young girl provided Amador with her phone number and the phone number of the male that transported her to the house. Amador claims that she never communicated with the young girl but then admitted she did call her because they needed food. According to Amador, the young girl would never respond. The young girl did respond when they ran out of propane and instructed Amador to call the male subject. Amador stated she would be taken by the young girl and male to get food. Amador also told the young girl to bring the food and she would cook. Amador claims that the young girl took her to the store three times and the male took her four times to get food. Amador claims that she was instructed by the young girl to say she rented the house.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

**ATTACHMENT TO CRIMINAL COMPLAINT:**

M-18-1813-M

RE: **Lucila Amador-Hernandez**

**CONTINUATION:**

**MATERIAL WITNESSES STATEMENTS:**
Marycruz Trejo-Chavez and Luis Enrique Cedillo-Valdez were read their Miranda Rights. Both understood and agreed to provide a sworn statement.

Trejo, a citizen of Mexico, stated she entered illegally into the United States. She crossed the Rio Grande River using a raft. She doesn't know how much she was going to pay. After crossing, they arrived to a store where they were picked up and taken to the house. The driver was a tall light complected female. The driver instructed them to go into the house. Trejo then knocked and a blonde female opened the door. The blonde female offered them food. The blonde female would ask them if they wanted to shower and told them there was water. There was an empty room where she stayed.

Trejo identified, Amador, as the female that offered them food and instructed them to keep the noise down.

Cedillo, a citizen of Mexico, stated he made his smuggling arrangements and was to pay $7,000 (USD). Once in the United States, Cedillo stated he was eventually transported to the house where he was later arrested. Cedillo stated when he first got to the house, a lady was there to receive him. Cedillo claims the lady provided food for him to eat, instructed him to shower, offered clothing and showed him where he was going to sleep. Cedillo stated the lady instructed them not to make noise and not to go outside. Cedillo stated the lady would also sleep there.

Cedillo identified Amador, through a photo lineup, as the caretaker.